# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 21 C 3906 |
| INFINITY CAPITAL MANAGEMENT, INC. ) ) | Judge Jorge L. Alonso |
| Defendant. ) | |

## MOTION TO VACATE DISMISSAL

Plaintiff, HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, by its undersigned counsel, for its motion to vacate this Court's March 22, 2022 order dismissing this case for want of prosecution:

1. On July 21, 2021, Plaintiff filed its complaint for breach of contract against Defendant.

2. On August 21, 2021, Plaintiff filed its Emergency Motion for Inspection of Collateral and Expedited Discovery.

3. On August 27, 2021, this Court granted in part and denied in part Plaintiff's emergency motion and permitted Plaintiff to conduct expedited discovery.

4. On September 14, 2021, Defendant filed a voluntary bankruptcy petition in the U.S. Bankruptcy Court for the District of Nevada. That bankruptcy case is captioned *In re Infinity Capital Management, Inc.*, case number 21-14486-abl, and remains pending.

5. Beginning on and after October 19, 2021, a number of adversary complaints have been filed by HASELECT Medical Receivables Finance Fund SP, the Plaintiff in this

1

action. A copy of the docket sheet from the Infinity Bankruptcy case, 21-BK-14486, is attached as **Exhibit A**.

6. On December 9, 2021, and then again on February 17, 2022, counsel for the Plaintiff emailed Ms. Leslie Fairley, Courtroom Deputy to the Honorable Jorge L. Alonso, to inform the Court that the Defendant had filed bankruptcy and that the Plaintiff planned to file a motion to lift the bankruptcy stay in order to proceed in this litigation against the Defendant. A copy of counsel's December 9, 2021, and February 17, 2022 emails is attached as **Exhibit B**.

7. Federal Rule of Civil Procedure 60(b)(1) permits the court to "relieve a party or a party's legal representative from a final judgment, order, or proceeding for … mistake, inadvertence, surprise, or excusable neglect … or [for] any other reason justifying relief from the operation of the judgment." When seeking to vacate a default judgment under this rule, the moving party has to demonstrate: (1) that she had good cause for the default; (2) that she took quick action to correct the default; and (3) that she has a meritorious defense to the original claim. *Jones v. Phipps*, 39 F.3d 158 (7th Cir. 1994).

8. Plaintiff respectfully submits that Defendant's bankruptcy petition warrants vacation of the Court's March 22, 2022 Order dismissing for want of prosecution. Simply stated, there has been no want of prosecution. Indeed, until the bankruptcy court lifts the automatic stay the Plaintiff has been forbidden to pursue this matter. Nonetheless, Plaintiff has continued to pursue its rights in the bankruptcy court in which Defendant sought relief – and Plaintiff attempted in good faith to inform this Court about the pending bankruptcy and that Plaintiff intended to pursue a motion to lift the stay in order to permit this case to proceed. For these reasons, Plaintiff respectfully submits that the order dismissing this case for want of prosecution should be vacated.

*Wherefore*, Plaintiff, HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, by its undersigned counsel, respectfully requests that this Court vacate it March 22, 2022 Order dismissing this case for want of prosecution and provide all other appropriate relief.

Date:   March 22, 2022

                     Respectfully submitted,

                     **HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP,**

                     By: */s/Thomas C. Cronin*
                          *One of its Attorneys*

| | |
|---|---|
| Thomas C. Cronin | John N. Hourihane, Jr. (IL Bar #6256107) |
| CRONIN & CO., LTD. | JOHN N. HOURIHANE, JR. LTD. |
| 120 N. LaSalle Street, 20th Floor | 120 North LaSalle Street, 20th Floor |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| 312.500.2100 | 312.782.6856 |
| tcc@cronincoltd.com | john@hourihaneltd.com |
| admin@cronincoltd.com | |

3