## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 21 C 3906 |
| INFINITY CAPITAL MANAGEMENT, INC. | ) | Judge Jorge L. Alonso |
| Defendant. | ) ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP, by its undersigned counsel, submits this Status Report:

1.      On July 21, 2021, Plaintiff filed its complaint for breach of contract against Defendant.

2.      On August 21, 2021, Plaintiff filed its Emergency Motion for Inspection of Collateral and Expedited Discovery.

3.      On August 27, 2021, this Court granted in part and denied in part Plaintiff's emergency motion and permitted Plaintiff to conduct expedited discovery.

4.      On September 14, 2021, Defendant filed a voluntary bankruptcy petition in the U.S. Bankruptcy Court for the District of Nevada.  That bankruptcy case is captioned *In re Infinity Capital Management, Inc.*, case number 21-14486-abl, and remains pending.

5.      No counsel has appeared for Defendant and no answer or other responsive pleading has been filed.

5.      Beginning on and after October 19, 2021, a number of adversary complaints have been filed by HASELECT Medical Receivables Finance Fund SP, the Plaintiff in this

1

action. Such adversary matters remain pending and are being prosecuted in the U.S. Bankruptcy Court for the District of Nevada.

6.     On March 28, 2022, this Court entered an Order staying this case pending Defendant's bankruptcy proceedings in the District of Nevada.

7.     As a result of the ongoing bankruptcy proceedings as well as the adversary cases now pending in the District of Nevada, Plaintiff will file its Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i).

Date:   June 23, 2022

                                        Respectfully submitted,

                                        **HASELECT-FTM MEDICAL RECEIVABLES
                                        LITIGATION FINANCE FUND SP,**

                                        By: */s/Thomas C. Cronin*
                                            *One of its Attorneys*

Thomas C. Cronin
CRONIN & CO., LTD.
120 N. LaSalle Street, 20th Floor
Chicago, Illinois 60602
312.500.2100
tcc@cronincoltd.com
admin@cronincoltd.com

2